UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN SMITH,

              Petitioner,

-against-

HONORABLE A.F. BEELER, HONORABLE
ALBERTO GONZALEZ, et al.,

              Respondents.
------------------------------------------------------------X

JUDGMENT
05-CV-3220 (SLT)

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 21, 2005, denying the petition for a writ of habeas corpus for the reasons stated in the Letter Memorandum filed by the United States Attorney, dated August 2, 2005; and dismissing the petition with prejudice for lack of subject matter jurisdiction and on the merits; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is denied; and that the petition is dismissed with prejudice for lack of subject matter jurisdiction and on the merits.

Dated: Brooklyn, New York
        September 21, 2005

ROBERT C. HEINEMANN
Clerk of Court